**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| OURTIA WASHINGTON | § | |
| VS. | § | CIVIL ACTION NO. 9:21cv229 |
| DONALD MUNIZ | § | |

## ORDER PARTIALLY ACCEPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Ourtia Washington, proceeding *pro se*, filed this civil rights lawsuit.  The court referred the matter to the Honorable Zack Hawthorn, United States Magistrate Judge.  The magistrate judge has submitted a Report and Recommendation recommending the case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  However, plaintiff subsequently filed a motion asking that his case be voluntarily dismissed.

## ORDER

Plaintiff's motion for voluntary dismissal (doc. no. 16) is **GRANTED**.  The report of the magistrate judge is **ACCEPTED** to the extent it recommends dismissal of this case.  A final judgment will be entered dismissing the case.

**SIGNED** this the 4  day of **January, 2022.**

_____

Thad Heartfield
United States District Judge